DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAGGY GAUTHIER,**
Appellant,

v.

**FABIENNE SOUFFRANT,**
Appellee.

No. 4D2024-2208

[October 30, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Kaplan, Judge; L.T. Case No. DVCE24-013512.

Ralph Stanley Francois, Hollywood, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, SHEPHERD and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***